AO 450 (Rev. 5/85)  Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

RON K. MATHISON,

               Petitioner,

    V.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:08-cv-00381-LRH-VPC**

NEVADA DEPARTMENT OF
CORRECTIONS, et al.,

           Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action shall be DISMISSED without prejudice.

  _February 17, 2009_

                        **LANCE S. WILSON**
                               Clerk

                        _/s/ Kalani Lizares_
                            Deputy Clerk